## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2832 Disciplinary Docket No. 3 |
| | : | |
| ELLIOTT JAMES SCHUCHARDT | : | No. 138 DB 2021 |
| | : | |
| | : | (United States District Court for the |
| | : | Eastern District of Tennessee, No. 3:18- |
| | : | MC-39) |
| | : | |
| | : | Attorney Registration No. 78911 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM:**

**AND NOW**, this 11th day of February, 2022, upon consideration of the responses to a Notice and Order directing Elliott James Schuchardt to provide reasons against the imposition of a suspension reciprocal to that imposed by the United States District Court for the Eastern District of Tennessee, Elliott James Schuchardt is suspended from the practice of law in this Commonwealth for a period of two years. He shall comply with all the provisions of Pa.R.D.E. 217.